

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-19-00196-CV

**IN THE GUARDIANSHIP OF JAMES E. FAIRLEY,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-1068
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice (not participating)
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On May 6, 2019, Appellant Juliette Fairley filed her appellant's brief. In her brief, appellant explains that Chief Justice Marion, when she was a probate court judge, signed an administrative order that is at issue in this appeal. Appellant moves for Chief Justice Marion and the entire Fourth Court of Appeals to recuse from this appeal. Chief Justice Marion has voluntarily recused herself from this appeal. Thus, the recusal motion with respect to Chief Justice Marion is moot.

Each of the remaining justices have declined to recuse themselves and, in accordance with Texas Rule of Appellate Procedure 16.3(b), have certified the matter of their respective recusal to the other remaining justices. *See* TEX. R. APP. P. 16.3(b). Without voting on their own recusal, the remaining justices sitting en banc DENY appellant's motion to recuse all members of the Fourth Court besides Chief Justice Marion.

It is so **ORDERED** on this 21st day of May, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court